*C. P. Goree,* for plaintiff in error.   *C. H. Garrett,* contra.

---

8517.   DISTRICT GRAND LODGE NUMBER 18 *v.* HALL *et al.*

LUKE, J. 1. This case, upon the question of service and jurisdiction, is substantially controlled by the decision in the case of *Supreme Circle of Benevolence* v. *Smith,* ante, 678 (94 S. E. 1034) ; and the assignments of error not so controlled are without merit.

2. The evidence authorized the verdict, and the court did not err in over-ruling the motion for a new trial.

   *Judgment affirmed. Wale, C. J., and Jenkins, J., concur.*

   DECIDED JANUARY 30, 1918.

   Description and counsel as in case next preceding.